FILED
CLERK, U.S. DISTRICT COURT

JUN - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RION WYCK OBERLY and RENEE MARIE OBERLY, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, TAYLOR BEAN & WHITAKER MORTGAGE CORP., MTC FINANCIAL, INC., dba TRUSTEE CORP. CITIMORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYTEMS, INC. and all persons or entities claiming by, through or under such persons, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiffs title thereto, and DOES 1 To 150, inclusive.<br><br>Defendants. | CASE NO: CV 11-2444-SVW(SSx)<br>Hon: Stephen V. Wilson<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>Complaint Filed: January 26, 2011<br>[Removal from Superior Court of California, County of San Bernardino Case No. CIVDS 1100278] |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice.

Dated: 6/1/11

_____
The Honorable Judge
Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER
1

I:\CIVIL\OCWEN\Oberly (55197)\Pleadings\[Proposed] Order Dismissal.docx